UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AXIS SURPLUS INSURANCE
COMPANY,

    Plaintiff,

v.                                          Case No. 8:09-cv-1960-T-30AEP

SUPERIOR MORTGAGE SERVICES,
et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Strike Defendant Western Heritage Insurance Company's ("Western Heritage") Affirmative Defenses (Dkt. 9) and Defendant Western Heritage's Response in Opposition to same (Dkt. 12). The Court having reviewed the motion, response, and being otherwise advised in the premises, concludes that Plaintiff's Motion to Strike should be denied.

Plaintiff challenges the legal sufficiency of Western Heritage's affirmative defenses, which are best determined on the merits in the context of a summary judgment motion. Harvey v. Lake Buena Vista Resort, LLC, 568 F. Supp. 2d 1354, 1360 (M.D. Fla. 2008).

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Strike Defendant Western Heritage Insurance Company's ("Western Heritage") Affirmative Defenses (Dkt. 9) is hereby denied.

**DONE** and **ORDERED** in Tampa, Florida on December 23, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1960.mtstrike.frm